IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO L. DOTSON
ADC # 149465                                                                PETITIONER

v.                              No. 4:11-cv-12-DPM

CHARLES HOLIDAY, Sheriff,
Pulaski County Regional Detention
Facility; and RAY HOBBS, Director,
Arkansas Department of Correction                          RESPONDENTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, *Document No. 28*, to which Dotson timely filed objections, *Document Nos. 30 & 31*. Having conducted a *de novo* review of the record, FED. R. CIV. P. 72(b)(3), the Court adopts the proposal with one comment.

Dotson objected to say that his actual date of arrest was 6 December 1999, *Document No. 31, at 1*, which, if true, could affect the speedy trial calculation for his state charges. The Court did notice the notation on the circuit court docket sheet that listed the "AD" (arrest date?) of "12/06/99," *Document No. 23-11*. But without further explanation, and having located no other evidence of this date in the record, the Court is unable to determine

conclusively when Dotson was arrested. But whatever his arrest date, this Court's analysis on Dotson's habeas petition remains the same.

Because Dotson needs to exhaust his claims in state court, his motion for voluntary dismissal, *Document No. 24*, is granted. Dotson's motion to stay, *Document No. 20*, is denied.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

19 January 2012