IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO L. DOTSON
ADC # 149465                                                            PETITIONER

v.                                    No. 4:11-cv-12-DPM

CHARLES HOLIDAY, Sheriff,
Pulaski County Regional Detention
Facility; and RAY HOBBS, Director,
Arkansas Department of Correction                      RESPONDENTS


ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed

Findings and Recommended Disposition, *Document No. 28*, to which Dotson

timely filed objections, *Document Nos. 30 & 31*.   Having conducted a *de*

*novo* review of the record, FED. R. CIV. P. 72(b)(3), the Court adopts the

proposal with one comment.

Dotson objected to say that his actual date of arrest was 6 December

1999, *Document No. 31, at 1*, which, if true, could affect the speedy trial

calculation for his state charges.   The Court did notice the notation on the

circuit court docket sheet that listed the "AD" (arrest date?) of "12/06/99,"

*Document No. 23-11*. But without further explanation, and having located no

other evidence of this date in the record, the Court is unable to determine

conclusively when Dotson was arrested. But whatever his arrest date, this Court's analysis on Dotson's habeas petition remains the same.

Because Dotson needs to exhaust his claims in state court, his motion for voluntary dismissal, *Document No. 24*, is granted. Dotson's motion to stay, *Document No. 20*, is denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

<u>19 January 2012</u>