IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO L. DOTSON
ADC # 149465                                                                          PETITIONER

v.                             No. 4:11-cv-12-DPM

CHARLES HOLIDAY, Sheriff,
Pulaski County Regional Detention
Facility; and RAY HOBBS, Director,
Arkansas Department of Correction                                         RESPONDENTS

## JUDGMENT

Dotson's petition is dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 January 2012